AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Sergio Alberto Fuentes-Pena<br>a/k/a Sergio Roberto Fuentes-Pena<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) ) Case No. 8:17MJ1429 TGW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 9, 2017__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Scott Spicciati, Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: June 19, 2017

_Judge's signature_

City and state: __Tampa, Florida__   THOMAS G. WILSON, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Scott Spicciati, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since April 13, 2008.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal. My responsibilities include investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge, the knowledge of other law-enforcement officers, and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Sergio Alberto FUENTES-PENA, A/K/A Sergio Roberto Fuentes-Pena, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

## FACTS AND CIRCUMSTANCES

4. On or about April 9, 2017, the Hillsborough County Sheriff's Office booked FUENTES-PENA into the Hillsborough County Jail after he had been charged with domestic violence.

5. On June 17, 2017, I found FUENTES-PENA in the Hillsborough County Jail, which is within the Middle District of Florida.

6. Post-*Miranda*, FUENTES-PENA stated that he was a Mexican citizen who had voluntarily reentered the United States without permission after deportation.

7. I performed a records check using the Central Index System ("CIS") and reviewed the documents contained within the Alien File ("A-File") belonging to FUENTES-PENA. Upon reviewing these sources, I determined that FUENTES-PENA is a native and citizen of Mexico who is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about August 5, 2008.

8. Fingerprints taken of FUENTES-PENA were submitted through the Integrated Automated Fingerprint Identification System ("IAFIS") and compared with those taken prior to his removal from the United States. IAFIS indicates that those fingerprints are from the same person.

9.  No information exists, either in the A-file or the computer databases, that FUENTES-PENA had either requested or received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to reenter the United States after his deportation.

## CONCLUSION

10.  Based on the foregoing facts, I believe there is probable cause to establish that FUENTES-PENA, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Scott Spicciali, Deportation Officer
ICE-ERO

Sworn to and subscribed before me
this 19 day of June, 2017, in Tampa, Florida.

_____
THOMAS G. WILSON
United States Magistrate Judge

3